David M. Goodrich
  *dgoodrich@go2.law*
3070 Bristol Street. Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000


# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In Re:                                              )    Case No. 2:24-bk-16169-BB
                                                    )
GLENROY COACHELLA HOLDINGS, LLC, )     Chapter 7
                                                    )
                                                    )     **WITHDRAWAL OF ACCEPTANCE**
                                                    )     **OF INTERIM TRUSTEE**
                          Debtor.                   )
_____)


      I, David M. Goodrich, the interim chapter 7 trustee, hereby withdraw my acceptance as interim trustee in the above-named case due to a potential conflict


Dated: August 9, 2024

                             /s/ David M. Goodrich
                             David M. Goodrich
                             Chapter 7 Trustee

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case or adversary proceeding. My business address is:

3070 Bristol Street, Suite 640, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (specify **WITHDRAWAL OF ACCEPTANCE OF INTERIM TRUSTEEE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  August 9, 2024,  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David M Goodrich (TR)    dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com

- Todd L Turoci    mail@theturocifirm.com, Turoci.ToddR83725@notify.bestcase.com

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. <u>SERVED BY UNITED STATES MAIL</u>:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 9, 2024 | Lorraine L. Robles | /s/ Lorraine L. Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |