| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Wesley H. Avery<br>758 E. Colorado Blvd., Suite 210<br>Pasadena, CA 92626<br>Telephone: 626/395-7576<br>E-mail: wes@averytrustee.com<br><br>☒ *Chapter 7 Trustee*<br>☐ *Attorney for*: | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 10 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY evangeli  DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>GLENROY COACHELLA HOLDINGS LLC<br><br><br><br>Debtor. | CASE NO.: 2:24-bk-16169-BB<br>CHAPTER: 7<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Wesley H. Avery, Chapter 7 Trustee

1. Movant filed the following motion together with supporting declaration and (if any) supporting documents:

    a. *Title of motion*: Motion for Order Authorizing Sale of Derivative Claims Against Stuart Rubin, Joseph Rubin, and The Stuart and Annette Rubin Family Trust [Docket No.14]

    b. *Date of filing of motion:* September 10, 2024

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration:

    *Date of filing of Application*: September 10, 2024 [Docket No. 15]

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                        Page 1                                        F 9075-1.1.ORDER.SHORT.NOTICE

☒ A hearing on the motion will take place as follows:

| **Hearing date: 9/25/2024** | **Place:** |
|---|---|
| **Time: 10:00 AM** | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** 1539 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: 9/11/24 | *Counsel for parties in state court action; debtor's counsel* |
| Time: | |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)   ☒ Personal Delivery   ☒ Overnight Mail   ☒ First class mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: 9/11/24 | *Debtor; debtor's counsel; counsel for parties in state court action; all creditors* |
| Time: | |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked    ☐ all of the methods checked

    (A) ☒ Personal Delivery   ☒ Overnight Mail   ☒ First Class Mail   ☒ Facsimile*   ☒ Email*

> (B) *Deadlines:*
> Date: 9/11/24
> Time:
>
> (C) *Persons/entities to be served with motion, declarations, supporting documents:*
>
> *Debtor; debtor's counsel; counsel for parties in state court action; all creditors*
>
> ☐ See attached page
>
> (D) *Service is also required upon:*
> -- United States trustee *(no electronic service permitted)*
> -- Judge's copy personally delivered to chambers
>   (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

    ☐ opposition to the motion may be made **orally** at the hearing

    ☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked    ☐ all of the methods checked

    (A) ☒ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

> (B) *Deadlines:*
> Date: 9/19/24
> Time: 5:00 PM
>
> (C) *Persons/entities to be served with written opposition to the motion:*
> -- movant's attorney (or movant, if movant is not represented by an attorney)
>
> (D) *Service is also required upon:*
> -- United States trustee (*electronic service is not permitted*)
> -- Judge's copy personally delivered to chambers
>   (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

    ☒ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked    ☐ all of the methods checked

    (A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
>
> ☐ no later than:    Date:            Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: September 10, 2024

_____
Sheri Bluebond
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**